UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARIUS SORBELLO,

                Petitioner,

    -against-

PAUL M. LAIRD, Warden,

                Respondent.
-------------------------------------------------------------X
KAREEM SCOTT,

                Petitioner,

    -against-

PAUL L. LAIRD, Warden

                Respondent.
-------------------------------------------------------------X

JUDGMENT
06-CV- 0948 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 29 2007 ★
BROOKLYN OFFICE

07-CV- 2020 (JG)

      An Order of Honorable John Gleeson, United States District Judge, having been filed on June 27, 2007, dismissing the petition for a writ of habeas corpus as moot; it is

      ORDERED and ADJUDGED that petitioner take nothing of the respondent; and that the petition for a writ of habeas corpus is dismissed as moot.

Dated: Brooklyn, New York
       June 28, 2007

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court